Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-345

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Wicthy or Magical Mystical |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | January 09, 2015 |
| **Nation of 1st Publication:** | Italy |

## Author

| | |
|---|---|
| • **Author:** | Lorenza Scarsi |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Italy |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lorenza Scarsi |
| | Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lorenza Scarsi |
| **Email:** | 10113@hotmail.it |
| **Address:** | Via Nicola Monti, 21 |
| | Ascoli Piceno 63100 Italy |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |
| **Date:** | August 29, 2025 |
| **Applicant's Tracking Number:** | LS2025082902 |

**Correspondence:** Yes



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-338

**Effective Date of Registration:**
August 29, 2025
**Registration Decision Date:**
November 24, 2025

---

## Title

**Title of Work:** Spooks or Creeps

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** September 08, 2016
**Nation of 1st Publication:** Italy

## Author

- **Author:** Lorenza Scarsi
  **Author Created:** 2-D artwork
  **Citizen of:** Italy

## Copyright Claimant

**Copyright Claimant:** Lorenza Scarsi
Via Nicola Monti, 21, Ascoli Piceno, 63100, Italy

## Rights and Permissions

**Name:** Lorenza Scarsi
**Email:** l0ll3@hotmail.it
**Address:** Via Nicola Monti, 21
Ascoli Piceno 63100 Italy

## Certification

**Name:** David Denholm
**Date:** August 29, 2025
**Applicant's Tracking Number:** LS2025082901

**Correspondence:** Yes

