**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORENZA SCARSI,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-05508

Judge John J. Tharp, Jr.

Magistrate Judge Daniel P. McLaughlin

**PLAINTIFF'S RESPONSE TO [18]**

Plaintiff respectfully responds to this Court's Order [18] and hereby states as follows:

The defendants identified in Amended Schedule A [13] accepted orders from customers located in Illinois for the infringing products at issue. The infringing-listing evidence and corresponding purchase receipt for each Defendant are documented at [17-1], and Plaintiff submits the purchase receipts as **Exhibit 1** and the matching order updates and delivery confirmations as **Exhibit 2**. Each defendant has participated in at least one transaction in which an infringing product was sold to an Illinois address. These Illinois sales receipts demonstrate each defendant's purposeful availment of the Illinois market and establish a concrete basis for the exercise of personal jurisdiction over each defendant.

DATED: May 26, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***