Exhibit 1

Case: 1:26-cv-05508 Document #: 19-1 Filed: 05/26/26 Page 2 of 11 PageID #:102

# Order Summary

Order placed April 16, 2026  |  Order # 114-0361400-8020257

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| [redacted]<br>15TH FLOOR 1111 W 35TH ST<br>CHICAGO, IL 60609-1404<br>United States | Visa  ending in [redacted]<br><br>View related transactions | Item(s) Subtotal: | $20.59 |
| | | Shipping & Handling: | $5.99 |
| | | Total before tax: | $26.58 |
| | | Estimated tax to be collected: | $2.11 |
| | | **Grand Total:** | **$28.69** |

### Arriving April 27 - April 29



Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car Floor Mats, and Truck Accessories

Sold by: HanFeiCanYinGuanLi

Supplied by: Other

$20.59

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ✓✗

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026 | Order # 114-0221004-4526611

**Ship to**

██████████

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in ████

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$24.92** |

**Arriving May 1 - May 12**



Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch
Sold by: Hongxin Commerce and Trade
Supplied by: Other
$18.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026 | Order # 114-3319945-4994625

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa ending in ▮▮▮ View related transactions | Item(s) Subtotal: | $6.99 |
| | | Shipping & Handling: | $8.98 |
| | | Total before tax: | $15.97 |
| | | Estimated tax to be collected: | $0.72 |
| | | **Grand Total:** | **$16.69** |

### Arriving May 1 - May 12



**Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts**

Sold by: zaoyangshiyifeifanbianlidian

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026 | Order # 114-8716426-3029016

**Ship to**

15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $14.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$15.69** |

**Arriving April 30 - May 7**



Light Switch Cover Plate Pink Witchy Witch 1 Gang Single Toggle Decorative Switch Plates Wall Plate Electrical Faceplate Socket Cover For Bathroom Kitchen Decor
Sold by: JiaXuanHeNan
Supplied by: Other
$6.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026   |   Order # 114-1632376-5980212

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | Visa   ending in ▓▓▓ | Item(s) Subtotal: | $13.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $2.50 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $16.49 |
| United States | | Estimated tax to be collected: | $1.43 |
| | | **Grand Total:** | **$17.92** |

## Arriving May 4 - May 13



HYDJLXA Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry

Sold by: XiongYongQiangrtdg
Supplied by: Other
$13.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices ☑✖

© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026    |    Order # 114-9789170-2391415

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ████████ | Visa  ending in ███ | Item(s) Subtotal: | $29.99 |
| 15TH FLOOR 1111 W 35TH ST | | Shipping & Handling: | $0.00 |
| CHICAGO, IL 60609-1404 | View related transactions | Total before tax: | $29.99 |
| United States | | Estimated tax to be collected: | $3.07 |
| | | **Grand Total:** | **$33.06** |

## Arriving May 1 - May 12



**BNZRLSY Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats Waterproof Floor Mats Cushioned Non-Skid Standing Mats for Laundry, Sink, Set**

Sold by: WeiShuiYuan

Supplied by: Other

$29.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑☒

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026  |  Order # 114-3228088-3613056

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa  ending in ▮▮▮ | Item(s) Subtotal: | $10.99 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $4.88 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $15.87 |
| United States | | Estimated tax to be collected: | $1.13 |
| | | **Grand Total:** | **$17.00** |

## Arriving May 4 - May 13



Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box

Sold by: Swiss Air Architectural Engineering

Supplied by: Other

$10.99

Back to top

amazon

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices  ☑☒

© 1996-2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026   |   Order # 114-4330804-0293048

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| 15TH FLOOR 1111 W 35TH ST | Visa   ending in ▮▮▮ | Item(s) Subtotal: | $8.99 |
| CHICAGO, IL 60609-1404 | View related transactions | Shipping & Handling: | $10.98 |
| United States | | Total before tax: | $19.97 |
| | | Estimated tax to be collected: | $0.92 |
| | | **Grand Total:** | **$20.89** |

**Arriving April 29 - May 5**



Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor

Sold by: GongHuiYongjfk
Supplied by: Other
$8.99

Back to top

amazon

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices ☑✖
© 1996–2026, Amazon.com, Inc. or its affiliates

# Order Summary

Order placed April 16, 2026 | Order # 114-7272677-5993004

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▋▋▋▋▋ | Visa ending in ▋▋ | Item(s) Subtotal: | $25.99 |
| 15TH FLOOR 1111 W 35TH ST | [ View related transactions ] | Shipping & Handling: | $12.47 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $38.46 |
| United States | | Estimated tax to be collected: | $2.66 |
| | | **Grand Total:** | **$41.12** |

### Arriving May 4 - May 13



Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Living Room, Or Kitchen

Sold by: ASDFdoupengfei

Supplied by: Other

$25.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices ☑✕

© 1996–2026, Amazon.com, Inc. or its affiliates

# ORDER DETAILS

‹ back

| Order NO. | Date |
|---|---|
| **GSU1XG22A000Y6R** Copy | **APR 16 2026** |

Exchange    Cancel    **Track**

🏪 **YANGSITONG** ›

Delivery   **Apr 23-30**
4-9 Business Days.94% are ≤ **9** business days ⓘ

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
| Witch Blanket Flannel Throw - Unisex Gift For Men, Women &, Soft Flannel Blanket - Multiple Sizes, Cozy Must-... Multicolor / 30*40in / Print 🏠 Local | 1 | SKU: sf251212172432345870206 | $5.64 ~~$22.00~~ ⓘ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$22.00~~ |
| Subtotal: | $5.12 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: ⓘ | $0.00 |
| Sales Tax: | $0.83 |
| **Total** | **$8.94** |

💬 **Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

**Subscribe**

**Billing Information**

████████████████

1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

████████████████

1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Edit**

**Shipping Method**

STANDARD SHIPPING

**Payment Method**

▬ Credit/Debit Card

**Seller Information**

Seller Name: YANGSITONG
Business Address: Wushu New Village, Jiangxia Avenue, Miaoshan High-tech Industrial Park, Jiangxia Economic Development Zone, Jiangxia District, Wuhan City, Hubei Province, China
Business Email Address: fcprkxzmaaad@zzzokk.com
The above information is provided by the seller and the English may be automatically translated.
SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

https://us.shein.com/user/orders/detail/USU1XG22A0000000Q94