Exhibit 2

| No. | Seller Name | Seller ID | Order Number | Status |
|---|---|---|---|---|
| 1 | HanFeiCanYinGuanLi | A7775LWE2VFIY | 114-0361400-8020257 | Delivered April 22 |
| 2 | Hongxin Commerce and Trade | A3HII80RNDGPYI | 114-0221004-4526611 | Delivered April 22 |
| 3 | WangZhiChaows | A3N73MAI5ZYE2H | 114-9266715-6136229 | Delivered April 26 |
| 4 | zaoyangshiyifeifanbianlidian | A75GPKYUEPU7L | 114-3319945-4994625 | Delivered April 26 |
| 5 | JiaXuanHeNan | A1SFY9N3IGRTW4 | 114-8716426-3029016 | Delivered April 26 |
| 6 | XiongYongQiangrtdg | A1K6YLVJNGLDJ9 | 114-1632376-5980212 | Delivered May 1 |
| 7 | WeiShuiYuan | A83A34EHP3N29 | 114-9789170-2391415 | Cancelled by the seller |
| 8 | Swiss Air Architectural Engineering | A1BJRB4N1G0G5Y | 114-3228088-3613056 | Delivered April 27 |
| 9 | GongHuiYongjfk | A2HZSMVFV7HJDU | 114-4330804-0293048 | Delivered April 30 |
| 10 | ASDFdoupengfei | A35TZVTRIKL5GW | 114-7272677-5993004 | Delivered April 25 |
| 11 | YANGSITONG | 2876917523 | GSU1XG22A000Y6R | Delivered April 23 |