**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lorenza Scarsi

                                 Plaintiff,

v.                                            Case No.:
1:26−cv−05508

Honorable John J.
Tharp Jr.

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 1, 2026:

      MINUTE entry before the Honorable John J. Tharp, Jr: By 6/22/2026, the plaintiff is instructed to file supplemental briefing as to whether the Hague Convention applies to this case. See Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25−2205, 2026 WL 1502198 at *5−6 (7th Cir. May 29, 2026). Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.