**EXHIBIT A**
**Per-Defendant Investigation Summary**

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 1 | HanFeiCanYinGuanLi | Pinyin only | Amazon | 400m east of intersection of Jinwu Rd & Sanzhong St, road north, Nanmeng Village, Gaocheng Dist., Shijiazhuang, Hebei 052160 | Maps resolves Nanmeng Village; no specific building identified | Direction-based descriptor; no fixed building or unit | 1 | Email / Rule 4(f)(3) |
| 2 | Hongxin Commerce and Trade | English translation only | Amazon | No. 10 Erya Rd, Dongxihu Dist., Wuhan, Hubei 430040 | Google Maps: district resolves; Bldg No. 10 does not resolve cleanly. Registry: no match on four 字号 reconstructions; address search surfaced non-matching registrant (字号 鸿鑫智达) — see Br. § IV.A. Baidu/Amap: road resolves; specific building does not | Discrete address; neighborhood resolution only | 2 | Court's discretion (see § IV) |
| 3 | WangZhiChaows | Pinyin + random suffix ("ws") | Amazon | 200m south of intersection of Hongyu Rd & Changyi Rd, west of road, No. 15-10, Nanle County, Puyang, Henan 457401 | Maps resolves county; no fixed building from directional descriptor | Direction-based descriptor | 1 | Email / Rule 4(f)(3) |
| 4 | zaoyangshiyifeifanbianlidian | Pinyin only (run-together) | Amazon | No. 115 Qianjin Rd, Economic Dev. Zone (住所 申报 / "declared as residence"), Zaoyang, Hubei 441299 | Google Maps: Dev. Zone resolves; Bldg No. 115 does not. Registry: no name or address match. Baidu/Amap: road resolves; No. 115 does not | PRC registry annotation: declared-residence, not operational location | 1 | Email / Rule 4(f)(3) |
| 5 | JiaXuanHeNan | Pinyin only | Amazon | Jinshui Garden Bldg 2 Unit 4 Floor 5E Apt 501, Qixian County, Kaifeng, Henan 475200 | Google Maps: neighborhood resolves; specific apartment does not. Registry: no name or address match. Baidu/Amap: community resolves (name-approximate); unit does not | Discrete residential apartment; neighborhood resolution only | 2 | Court's discretion (see § IV) |
| 6 | XiongYongQiangrtdg | Pinyin + random suffix ("rtdg") | Amazon | China (Sichuan) Pilot Free Trade Zone, No. 68 Guangchang Ln, Shuanghua Community, | Baidu and Amap resolve a building at No. 68 Guangchang Ln; FTZ designation is | Free-trade-zone paper-formation pattern | 1 | Email / Rule 4(f)(3) |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| | | | | Shuangliu Dist., Chengdu, Sichuan 610000 | administrative, not geographic, and the address identifies a paper-formation registration location, not a verified operating premises for the storefront | | | |
| 7 | WeiShuiYuan | Pinyin only | Amazon | 300m east of intersection of Jingkai Ave & Nanhai Rd, road north, Nanhai Garden Bldg 4 Unit 3 Apt 8, Puyang, Henan 457100 | Google Maps: neighborhood resolves; specific apartment does not. Registry: no match (personal-name searches; no 个体工商户 registration). Baidu/Amap: intersection and community resolve; unit does not | Direction-based prefix on apartment address | 2 | Court's discretion (see § IV) |
| 8 | Swiss Air Architectural Engineering | English only (fabricated) | Amazon | Runjing Garden 5-2-103, Pingshan Town, Pingshan County, Shijiazhuang, Hebei 050400 | Google Maps: town resolves. Baidu: complex-level only (润景花园 pins; no Unit 5-2-103). Amap: complex-level only (gate pin + street view; no Unit 5-2-103) | Business name / address disconnect; English-only fabricated name | 1 | Email / Rule 4(f)(3) |
| 9 | GongHuiYongjfk | Pinyin + random suffix ("jfk") | Amazon | Quanli Village Group 2, Louli Village Committee, Taqiao Town, Shangcai County, Zhumadian, Henan 463800 | Maps resolves village; no street or building number | Rural village-group address; no street- or building-level specificity | 1 | Email / Rule 4(f)(3) |
| 10 | ASDFdoupengfei | Pinyin + keyboard mash ("ASDF") | Amazon | Liyang Community Bldg 3 Unit 1 Apt 703, No. 32 Tianhe Rd, Huiji Dist., Zhengzhou, Henan 450000 | Google Maps: neighborhood resolves; specific apartment does not. Registry: no match (personal-name searches; no 个体工商户 registration). Baidu/Amap: area resolves; unit does not | Discrete residential apartment; neighborhood resolution only | 2 | Court's discretion (see § IV) |
| 11 | YANGSITONG | Pinyin only; address also English-only, no Chinese characters | SHEIN | Wushu New Village, Jiangxia Ave, Miaoshan High-tech Industrial Park, Jiangxia Dist., Wuhan, Hubei (no postal code) | English input (as on platform record) — Baidu: no result; Amap: no address match. Chinese-character reconstruction (Plaintiff work product, not platform record) resolves on both services | English-only name; no postal code; industrial-park area description | 1 | Email / Rule 4(f)(3) |