EXHIBIT B

China-Associate Diligence Report (Round 1)

Defendants 2, 4, 5, 7, 10 | June 8, 2026

Declaration of Yanling Jiang

# Scarsi Case — 中国关联被告尽职调查报告

**案件:** Lorenza Scarsi v. Schedule A Defendants, N.D. Ill., Case No. 1:26-cv-05508 **调查方** Yanling Jiang (JiangIP LLC) **调查日期:** 2026 年 6 月 8 日 **被告范围:** 5 个优先被告 (No. 2, 4, 5, 7, 10)

---

## 被告 No. 2 — Hongxin Commerce and Trade (鸿鑫商贸)

**优先级:** High | **平台:** Amazon

### A. 工商注册查询 (天眼查 / 企查查)

**按名称搜索:** - 搜索版本 1: 鸿鑫商贸 → 返回大量结果，但无与平台地址匹配的记录 - 搜索版本 2: 红鑫商贸 → 无匹配结果 - 搜索版本 3: 宏鑫商贸 → 无匹配结果 - 搜索版本 4: 弘鑫商贸 → 无匹配结果

**重点发现:** 搜索发现 **武汉鸿鑫智达商贸有限公司** (统一社会信用代码: 91420112303381410H) - 行政区划: 武汉 - 字号: 鸿鑫智达 - 行业表述: 商贸 - 组织形式: 有限公司 - 注册地址: 武汉市东西湖区二雅路 10 号 - 法定代表人: 陈智 - 经营状态: 存续/在业 - **关键差异:** 字号为"鸿鑫智达"而非"鸿鑫"，包含额外字符"智达"

**按地址搜索 (湖北武汉市东西湖区二雅路 10 号):** - 该地址对应武汉鸿鑫智达商贸有限公司 - 平台名称"Hongxin Commerce and Trade"与注册名称"鸿鑫智达"不完全匹配 - 平台名称缺少"智达"二字，无法确认是否为同一实体

### B. 地图验证

**百度地图 / 高德地图:** - 城市/区域: 武汉市东西湖区 √ 可定位 - 道路: 二雅路 √ 可定位 - 具体

门牌号: 二雅路 10 号 √ 可定位至该区域 - 具体建筑/单元: 无法精确定位到具体建筑物或单元号 - **结论:** 地址真实存在，但无法验证是否为实际经营场所

## C. 互联网核查

- 百度/1688/天猫搜索"鸿鑫商贸 武汉 东西湖": 未发现与 Amazon 卖家直接关联的独立商业存在

- 未发现该卖家在其他平台的中文官方网站或公开联系方式

## D. 总体结论

**(e) 部分匹配但无法确认同一实体** - 地址真实存在且有一家企业注册 - 但平台名称"Hongxin"与注册字号"鸿鑫智达"不完全一致 - 无法确认平台卖家与注册企业为同一法律实体

---

# 被告 No. 4 — zaoyangshiyifeifanbianlidian (枣阳市怡飞凡便利店)

**优先级:** High | **平台:** Amazon

## A. 工商注册查询 (天眼查 / 企查查)

**按名称搜索:** - 搜索版本 1: 枣阳市怡飞凡便利店 → 无匹配结果 - 搜索版本 2: 枣阳市怡非凡便利店 → 无匹配结果 - 搜索版本 3: 枣阳市益飞凡便利店 → 无匹配结果

**按地址搜索 (经济开发区前进路 115 号, 枣阳市):** - 天眼查/企查查地址搜索: 未返回任何注册企业记录 - 该地址标注"（住所申报）"，表明为申报住所而非实际经营地址

## B. 地图验证

**百度地图 / 高德地图:** - 城市/区域: 枣阳市 (襄阳市下辖) √ 可定位 - 道路: 前进路 √ 可定位 - 具体门牌号: 前进路 115 号 → 无法精确定位，该路段门牌号系统不明确 - 具体建筑/单元: 无法定位 - **结论:** 地址区域真实存在，但无法验证具体门牌号及建筑

**C. 互联网核查**

- 百度搜索"枣阳市 怡飞凡 便利店": 无独立商业存在记录

- 1688/天猫/抖音: 未发现相关卖家账号

- **特别说明:** "住所申报"地址通常为中国个体工商户注册时使用的虚拟或住宅地址，非实际经营场所

**D. 总体结论**

**(d) 无法确认名称或地址** - 未发现与平台名称匹配的注册企业 - 地址区域存在但具体门牌号无法验证 - "住所申报"标注强烈暗示该地址为注册申报地址，非实际经营地址

---

## 被告 No. 5 — JiaXuanHeNan (嘉轩河南)

**优先级:** High | **平台:** Amazon

**A. 工商注册查询 (天眼查 / 企查查)**

**按名称搜索:** - 搜索版本 1: 嘉轩河南 → 返回多个结果，但无地址匹配项 - 搜索版本 2: 佳轩河南 → 无匹配结果 - 搜索版本 3: 嘉轩商贸 河南 → 无匹配结果

**按地址搜索 (杞县城关镇北惠路金水花苑 2 号楼 4 单元 5 层东 501 室, 开封市):** - 天眼查/企查查地址搜索: 未返回任何注册企业记录 - 该地址为居民小区住宅单元，非商业地址

**B. 地图验证**

**百度地图 / 高德地图:** - 城市/区域: 开封市杞县 √ 可定位 - 小区: 金水花苑 → 杞县存在金水花园小区（名称近似） - 具体楼栋/单元: 2 号楼 4 单元 501 室 → 无法精确定位到具体单元和房号 - **结论:** 小区可能存在，但无法验证具体单元和房号是否为真实经营场所

**C. 互联网核查**

- 百度搜索"嘉轩 河南 杞县 金水花苑": 未发现相关商业实体

- 1688/天猫: 未发现匹配卖家

- 该地址为典型居民住宅地址，非商业注册地址

## D. 总体结论

**(d) 无法确认名称或地址** - 未发现与平台名称"JiaXuanHeNan"匹配的注册企业 - 地址为居民小区，无法验证具体单元 - 无独立商业存在证据

---

# 被告 No. 7 — WeiShuiYuan (魏水源/卫水源)

**优先级:** Low | **平台:** Amazon

## A. 工商注册查询 (天眼查 / 企查查)

**按名称搜索:** - 搜索版本 1: 魏水源 → 返回个人姓名结果，无企业注册记录 - 搜索版本 2: 卫水源 → 返回个人姓名结果，无企业注册记录 - 个人姓名搜索通常不返回个体工商户以外的企业记录

**按地址搜索 (京开大道与南海路交叉口向东 300 米路北南海花园 4 号楼 3 单元 8 号, 濮阳市):** - 天眼查/企查查地址搜索: 未返回任何注册企业记录 - 该地址为住宅单元，且描述为"交叉口向东 300 米"的方向性描述，非标准地址格式

## B. 地图验证

**百度地图 / 高德地图:** - 城市/区域: 濮阳市 √ 可定位 - 道路交叉口: 京开大道与南海路交叉口 √ 可定位 - 小区: 南海花园 → 濮阳市存在南海花园小区 - 具体楼栋/单元: 4 号楼 3 单元 8 号 → 无法精确定位到具体单元 - **结论:** 交叉口和小区区域存在，但无法验证具体楼栋和单元

## C. 互联网核查

- 百度搜索"魏水源 濮阳 南海花园": 未发现相关商业实体
- 百度搜索"卫水源 濮阳": 未发现相关商业实体
- 该名称疑似个人姓名，非企业字号

**D. 总体结论**

**(d) 无法确认名称或地址** - 未发现与"WeiShuiYuan"匹配的注册企业或个体工商户 - 地址为方向性描述+住宅单元，无法精确定位 - 符合个人卖家特征，无工商注册记录

---

# 被告 No. 10 — ASDFdoupengfei (窦鹏飞)

**优先级:** Low | **平台:** Amazon

## A. 工商注册查询 (天眼查 / 企查查)

**按名称搜索:** - 搜索版本 1: 窦鹏飞 → 返回多个个人姓名结果，无直接企业注册记录 - 去除"ASDF"前缀后搜索"窦鹏飞": 同上，无企业注册记录 - "ASDF"前缀疑似键盘随机输入，非名称组成部分

**按地址搜索 (惠济区天河路 32 号黎阳小区 3 号楼 1 单元 703 号, 郑州市):** - 天眼查/企查查地址搜索: 未返回任何注册企业记录 - 该地址为居民小区住宅单元

## B. 地图验证

**百度地图 / 高德地图:** - 城市/区域: 郑州市惠济区 √ 可定位 - 道路: 天河路 √ 可定位 - 小区: 黎阳小区 → 郑州市存在黎阳花园/黎阳小区（名称近似） - 具体楼栋/单元: 3 号楼 1 单元 703 号 → 无法精确定位到具体单元和房号 - **结论:** 区域和道路存在，但无法验证具体楼栋和单元

## C. 互联网核查

- 百度搜索"窦鹏飞 郑州 黎阳小区": 未发现相关商业实体
- 1688/天猫/抖音: 未发现匹配卖家账号
- "ASDF"前缀在电商平台常见，通常为系统默认或随机生成前缀

## D. 总体结论

**(d) 无法确认名称或地址** - 未发现与"窦鹏飞"匹配的注册企业或个体工商户 - 地址为居民住

宅，无法验证具体单元 - "ASDF"前缀进一步削弱名称的可识别性 - 符合个人卖家/未注册经营者特征

---

## 总结与关键发现

| 被告编号 | 平台名称 | 注册匹配 | 地址可验证性 | 总体结论 |
|---|---|---|---|---|
| No. 2 | Hongxin Commerce and Trade | 部分匹配 (鸿鑫智达) | 地址存在但无法确认具体建筑 | (e) 部分匹配但无法确认 |
| No. 4 | zaoyangshiyifeifanbianlidian | 无匹配 | 住所申报地址，无法验证 | (d) 无法确认 |
| No. 5 | JiaXuanHeNan | 无匹配 | 居民住宅，无法验证 | (d) 无法确认 |
| No. 7 | WeiShuiYuan | 无匹配 (个人姓名) | 方向性描述+住宅，无法验证 | (d) 无法确认 |
| No. 10 | ASDFdoupengfei | 无匹配 (个人姓名) | 居民住宅，无法验证 | (d) 无法确认 |

### 关键法律支持点

1. **名称完整性缺失:** 所有 5 个被告的平台名称均不符合中国国家市场监督管理总局要求的四要素结构 (行政区划+字号+行业表述+组织形式)

2. **注册匹配失败:** 4/5 被告完全无法找到匹配的工商注册记录；1/5 被告 (No. 2) 仅部分匹配但字号不一致

3. **地址验证失败:** 所有被告的地址均无法精确定位到具体经营场所；多个地址为居民住宅或"住所申报"虚拟地址

4. **个人卖家特征:** No. 7 和 No. 10 明显为个人姓名，无企业注册记录，符合未注册个体经营者特征

*报告生成时间: 2026 年 6 月 8 日 调查工具: 天眼查(tianyancha.com)、企查查 (qcc.com)、百度地图(map.baidu.com)、高德地图(amap.com)*