EXHIBIT C

Map-Verification Report (Round 2)

Defendants 1, 3, 6, 8, 9, 11 | June 10, 2026

Declaration of Yanling Jiang

# Scarsi Case — Map-Verification Report (Round 2: Defendants 1, 3, 6, 8, 9, 11)

**Case:** Lorenza Scarsi v. Schedule A Defendants, N.D. Ill., Case No. 1:26-cv-05508

**Investigation by** JiangIP LLC

**Date:** June 10, 2026

**Scope:** Baidu Maps (百度地图) and Amap (高德地图) verification of platform-disclosed addresses for six defendants

---

## Defendant No. 1 — HanFeiCanYinGuanLi (Amazon)

**Address tested:** 河北省石家庄市藁城区南孟镇南孟村金无路与三中街交口东行 400 米路北

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 石家庄市藁城区*

- 道路/街道 (road / street): **yes** — *resolved location: 金无路、三中街（南孟镇内道路）*

- 小区/村 (neighborhood / village): **yes** — *resolved location: 南孟村（南孟镇下辖行政村）*

- 具体建筑/门牌 (specific building / street number): **no** — 方向描述地址（"交口东行 400 米路北"）无法解析为具体门牌号

- 具体单元/房号 (specific unit / apartment): **N/A** (this address has no unit

number)

- 备注 (notes): 南孟村是南孟镇政府驻地村，金无路和三中街为村内道路。百度地图可定位到南孟村大致区域，但方向描述（"东行 400 米"）无法精确解析。

- 截图 (screenshot filename): `01-baidu-nanmeng-village.png`

**Amap / Gaode (高德地图)**

- 城市/区 (city / district): **yes** — *resolved location: 石家庄市藁城区*

- 道路/街道 (road / street): **yes** — *resolved location: 金无路、三中街*

- 小区/村 (neighborhood / village): **yes** — *resolved location: 南孟村*

- 具体建筑/门牌 (specific building / street number): **no** — 方向描述无法解析为精确门牌

- 具体单元/房号 (specific unit / apartment): **N/A**

- 备注 (notes): 与百度地图结果一致。高德地图可解析至南孟村级别，但无法将"交口东行 400 米路北"转换为精确坐标。

- 截图 (screenshot filename): `01-amap-nanmeng-village.png`

## 结论

Baidu and Amap both resolve Nanmeng Village in Gaocheng District and recognize Jinwu Road and Sanzhong Street as local roads, but neither resolves a specific building at the directional descriptor "400m east of intersection."

---

## Defendant No. 3 — WangZhiChaows (Amazon)

**Address tested:** 南乐县鸿宇路与昌意路交叉口向南 200 米路西 15-10 号

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 濮阳市南乐县*

- 道路/街道 (road / street): **yes** — *resolved location: 鸿宇路、昌意路（南乐县产*

*业集聚区内道路）*

- 小区/村 (neighborhood / village): **no** — 该区域为产业集聚区，无传统村落/小区概念

- 具体建筑/门牌 (specific building / "15-10"): **no** — 方向描述+"15-10"号无法解析为具体门牌

- 具体单元/房号 (specific unit / apartment): **N/A**

- 备注 (notes): 鸿宇路与昌意路交叉口位于南乐县产业集聚区内。根据公开信息，该交叉口西北角有企业（如濮阳华信陈氏饮品有限公司）。百度地图可定位到两条道路及交叉口，但"向南 200 米路西 15-10 号"这一方向描述+编号组合无法精确解析。

- 截图: `03-baidu-hongyu-changyi.png`

**Amap / Gaode (高德地图)**

- 城市/区: **yes** — *resolved location: 濮阳市南乐县*

- 道路/街道: **yes** — *resolved location: 鸿宇路、昌意路*

- 小区/村: **no** — 产业集聚区

- 具体建筑/门牌: **no** — "15-10"号无法解析

- 具体单元/房号: **N/A**

- 备注: 与百度地图结果一致。高德地图可解析鸿宇路和昌意路及交叉口位置，但无法将方向描述+"15-10"转换为精确坐标。

- 截图: `03-amap-hongyu-changyi.png`

## 结论

Baidu and Amap both resolve Hongyu Road and Changyi Road in Nanle County's industrial cluster zone and identify the intersection, but neither resolves the directional descriptor "200m south, west side, No. 15-10" to a specific building.

## Defendant No. 6 — XiongYongQiangrtdg (Amazon)

**Address tested:** 中国（四川）自由贸易试验区成都市双流区黄甲街道双华社区广场巷 68 号

**Baidu Maps (百度地图)**

- 城市/区 (city / district): **yes** — *resolved location: 成都市双流区*

- 街道 (Huangjia Street): **yes** — *resolved location: 黄甲街道*

- 社区 (Shuanghua Community): **yes** — *resolved location: 双华社区*

- 道路 (广场巷 Guangchang Lane): **yes** — *resolved location: 广场巷（双华社区内道路）*

- 具体建筑 (Bldg 68): **yes** — *resolved location: 广场巷 68 号（双流区黄甲街道双华社区职工驿站/工会驿站）*

- FTZ-prefix observation (anything unusual about how Baidu treats the FTZ designation): Baidu Maps does not display the "China (Sichuan) Pilot Free Trade Zone" prefix in search results; it treats the address as a standard Shuangliu District, Chengdu address.

- 备注 (notes): **重要发现**：广场巷 68 号确实存在，是双流区黄甲街道双华社区职工驿站（工会驿站）的地址。双华小学位于广场巷 48 号。百度地图可精确解析到广场巷 68 号。FTZ 前缀在地图搜索中被忽略，不影响地址解析。

- 截图: `06-baidu-guangchang-lane-68.png`

**Amap / Gaode (高德地图)**

- 城市/区: **yes** — *resolved location: 成都市双流区*

- 街道: **yes** — *resolved location: 黄甲街道*

- 社区: **yes** — *resolved location: 双华社区*

- 道路: **yes** — *resolved location: 广场巷*

- 具体建筑 (Bldg 68): **yes** — *resolved location: 广场巷 68 号*

- FTZ-prefix observation: Amap 同样不显示 FTZ 前缀，按标准地址解析。

- 备注: 与百度地图结果一致。高德地图可精确解析广场巷 68 号。该地址对应双华社区职工驿站。

- 截图: `06-amap-guangchang-lane-68.png`

## 结论

**Both Baidu and Amap fully resolve this address to Bldg 68, Guangchang Lane, Shuanghua Community, Huangjia Street, Shuangliu District, Chengdu.** The FTZ prefix is ignored by both map services but does not impede address resolution. The address resolves to a community workers' station (职工驿站).

---

## Defendant No. 8 — Swiss Air Architectural Engineering (Amazon)

**Address tested:** 河北省石家庄市平山县平山镇正义路润景花园 5-2-103

### Baidu Maps (百度地图)

- 城市/区 (Pingshan County): **yes** — *resolved location: 石家庄市平山县*

- 道路/街道 (Zhengyi Road): **yes** — *resolved location: 正义路（平山镇主要道路）*

- 小区 (Runjing Garden / 润景花园): **yes** — *resolved location: 润景花园（平山县住宅小区）*

- 具体建筑/单元 (5-2-103, i.e., Bldg 5, Unit 2, Apt 103): **no** — 小区整体可解析（润景花园），但 5-2-103 单元未被百度地图单独标注/定位

- 备注: 润景花园是平山县平山镇正义路上的住宅小区。百度地图显示小区范围内有若干房产交易挂牌点（百度的房产数据库挂牌），左侧并显示房产挂牌信息框，但未对"5-2-103"这一具体单元生成独立 pin。"X-X-XXX"为常见住宅地址格式，但具体单元在地图上未获视觉确认。

- 截图: `08-baidu-runjing-garden.png`

### Amap / Gaode (高德地图)

- 城市/区: **yes** — *resolved location: 石家庄市平山县*

- 道路/街道: **yes** — *resolved location: 正义路*

- 小区: **yes** — *resolved location: 润景花园*

- 具体建筑/单元: **no** — 小区（润景花园）整体可解析，但 5-2-103 单元未被高德地图单独 pin / 定位

- 备注: 高德地图将搜索结果定位到润景花园小区门口/外围，未对"5-2-103"具体单元生成独立标记。5-2-103（5 号楼 2 单元 103 室）属于标准化住宅地址格式，但具体单元在地图上未获视觉确认。

- 截图: `08-amap-runjing-garden.png`

## 结论

Both Baidu and Amap resolve Runjing Garden (润景花园) on Zhengyi Road in Pingshan County at the complex level. **Neither service separately pins the specific unit "5-2-103."** The "5-2-103" structure (Bldg 5, Unit 2, Apt 103) is a standard residential address format, but unit-level resolution is not visually confirmed by either map service.

---

## Defendant No. 9 — GongHuiYongjfk (Amazon)

**Address tested:** 上蔡县塔桥镇楼里村委圈里村二组

**Baidu Maps (百度地图)**

- 城市/县 (Shangcai County): **yes** — *resolved location: 驻马店市上蔡县*

- 乡镇 (Taqiao Town): **yes** — *resolved location: 塔桥镇*

- 村 (Louli Village / 楼里村): **yes** — *resolved location: 楼李村（塔桥镇下辖行政村，注："楼里"应为"楼李"的方言/误写）*

- 自然村 (Quanli Village / 圈里村): **no** — 百度地图未显示"圈里村"为独立自然村

- "二组" (Group 2 — a sub-village-group designator): **no** — 村小组级别无法解析

- 备注: **重要发现**：塔桥镇下辖行政村为"楼李村"（非"楼里村"）。根据上蔡县塔桥镇

行政区划，塔桥镇辖 24 个村委会，其中包括"楼李村"。"圈里"可能是楼李村下辖的自然村或村民小组，但百度地图未单独标注。"楼里"很可能是"楼李"的误写或方言变体。

- 截图: `09-baidu-louli-village.png`

**Amap / Gaode (高德地图)**

- 城市/县: **yes** — *resolved location: 驻马店市上蔡县*

- 乡镇: **yes** — *resolved location: 塔桥镇*

- 村: **yes** — *resolved location: 楼李村*

- 自然村: **no** — 未显示"圈里村"

- "二组": **no** — 村小组级别无法解析

- 备注: 与百度地图结果一致。高德地图可解析至楼李村级别，"圈里"和"二组"无法进一步解析。

- 截图: `09-amap-louli-village.png`

**结论**

Both Baidu and Amap resolve to Louli (楼李) Village in Taqiao Town, Shangcai County. **Neither resolves "Quanli" (圈里) as a distinct natural village or "Group 2" (二组) as a sub-village unit.** Note: The platform record shows "楼里村" but the actual administrative village name is "楼李村" — this appears to be a character discrepancy in the platform record.

---

**Defendant No. 11 — YANGSITONG (SHEIN) — TWO SEARCHES PER SERVICE**

**Special:** Platform record provides only an English string for the address. Please run TWO independent searches per map service: (1) the English string as-is, and (2) a Chinese-character reconstruction.

**Search 11A — English-string attempt**

**Address tested (English, as on platform record):** Wushu New Village, Jiangxia Avenue, Miaoshan High-tech Industrial Park, Jiangxia Economic Development Zone, Jiangxia District, Wuhan City, Hubei Province, China

**Baidu Maps (百度地图)**

- Does Baidu Maps accept the English-string input at all? **no**

- If yes — what did it resolve to (any depth)? N/A

- If no — what does Baidu Maps show (empty result / error / "please use Chinese" prompt)? **Empty result / no match** — Baidu Maps does not accept English-language address input for PRC addresses.

- 备注: 百度地图不支持英文地址输入，直接搜索英文字符串无结果。

- 截图: `11-baidu-english-noresult.png`

**Amap / Gaode (高德地图)**

- Does Amap accept the English-string input at all? **yes — but does not interpret it as an address**

- If yes — what did it resolve to (any depth)? Amap returned **7 retail-store results in Beijing**, none of which correspond to the queried Wuhan / Jiangxia address. Visible results in the result panel: 1. New Balance (通州万象汇店) 2. MOJO AVENUE (北京 DT01...) 3. MOJO AVENUE (北京...) 4. New BARLON (通州环球广场) 5. MOJO AVENUE (北京 SKP 店) 6. New Balance (西单大悦城店) 7. new balance (北京...)

- If no — what does Amap show? N/A (see above — Amap did return results, but they are off-topic)

- 备注: 高德地图未把英文字符串当作地址处理，而是把其中的英文片段（"New Balance"、"Avenue"、"Mojo"）当作品牌/零售关键词，匹配到了**北京市内的零售门店**——城市错误（北京 vs. 武汉）、类别错误（零售门店 vs. 住址）。换言之: Amap 并非"无结果"，而是把英文地址误解为品牌检索，返回了与目标地址完全无关

的结果。

- 截图: `11-amap-english-misresult.png`

**Search 11B — Chinese-reconstructed attempt**

**Address tested (Chinese, plaintiff-reconstructed by associate):** 湖北省武汉市江夏区江夏经济开发区庙山高新技术产业园江夏大道邬树新村

**Baidu Maps (百度地图)**

- 城市/区 (Wuhan / Jiangxia District): **yes** — *resolved location: 武汉市江夏区*

- 经济开发区 (Jiangxia Economic Development Zone): **yes** — *resolved location: 江夏经济开发区（庙山办事处）*

- 工业园 (Miaoshan High-tech Industrial Park): **partial** — *resolved location: 庙山开发区（庙山高新技术产业园为庙山开发区的一部分）*

- 道路 (Jiangxia Avenue / 江夏大道): **yes** — *resolved location: 江夏大道*

- 乌树新村 (Wushu New Village): **yes** — *resolved location: 邬树新村（江夏大道西侧，庙山开发区）*

- 具体建筑/门牌: **N/A** — 邬树新村为自然村/还建小区，无具体门牌号

- 备注: **重要发现**：平台记录中的"Wushu"对应中文"邬树"（非"乌树"）。邬树新村是江夏区庙山开发区邬树村的还建小区，位于江夏大道西侧。百度地图可精确解析邬树新村位置。附近地标包括罗马春天奥特莱斯、美加湖滨新城等。

- 截图: `11-baidu-zh-wushu-xincun.png`

**Amap / Gaode (高德地图)**

- (same fields as Baidu)

- 城市/区: **yes** — *resolved location: 武汉市江夏区*

- 经济开发区: **yes** — *resolved location: 江夏经济开发区庙山办事处*

- 工业园: **partial** — *resolved location: 庙山高新技术产业园（庙山开发区内）*

- 道路: **yes** — *resolved location: 江夏大道*

- 乌树新村: **yes** — *resolved location: 邬树新村*

- 具体建筑/门牌: **N/A**

- 备注: 与百度地图结果一致。高德地图可精确解析邬树新村位置，位于江夏大道庙山开发区段。

- 截图: `11-amap-zh-wushu-xincun.png`

**结论 (for Defendant 11, combining 11A and 11B)**

**Neither Baidu nor Amap resolves the English-string input to the queried address.** Baidu returns no result at all. Amap does return results, but misinterprets the English string as brand-name retail keywords ("New Balance," "Avenue," "Mojo") and surfaces 7 retail-store hits in Beijing — wrong city, wrong category, entirely unrelated to the Wuhan/Jiangxia address. Either way, the English-string input is non-useable for PRC address resolution.

With Chinese reconstruction (湖北省武汉市江夏区江夏经济开发区庙山高新技术产业园江夏大道邬树新村), **both Baidu and Amap fully resolve the address to Wushu New Village (邬树新村) on Jiangxia Avenue in Miaoshan Development Zone, Jiangxia District, Wuhan.**

**Note:** The platform record spells "Wushu" as "乌树" in the English transliteration, but the actual Chinese place name is "邬树" (a different character). This is a significant transliteration discrepancy.

---

**Final summary table (for cross-reference)**

| | Def. | Baidu: City | Baidu: Road | Baidu: Neighborhood | Baidu: Bldg | Baidu: Unit | Amap: City | Amap: Road | Amap: Neighborhood | Amap: Bldg | Amap: Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | √ | √ | ✗ | N/A | √ | √ | √ | ✗ | N/A |

| Def. | Baidu: City | Baidu: Road | Baidu: Neighborhood | Baidu: Bldg | Baidu: Unit | Amap: City | Amap: Road | Amap: Neighborhood | Amap: Bldg | Amap: Unit |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | √ | √ | ✗ | ✗ | N/A | √ | √ | ✗ | ✗ | N/A |
| 6 | √ | √ | √ | √ | N/A | √ | √ | √ | √ | N/A |
| 8 | √ | √ | √ | √ | ✗ | √ | √ | √ | √ | ✗ |
| 9 | √ | √ | √ | ✗ | ✗ | √ | √ | √ | ✗ | ✗ |
| 11 (English) | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ † | ✗ † | ✗ † | ✗ † | ✗ † |
| 11 (Chinese reconstruction) | √ | √ | √ | N/A | N/A | √ | √ | √ | N/A | N/A |

† For Def. 11 (English-string input): Baidu returns an empty result. Amap returns 7 retail-store results in Beijing — Amap parsed the English string as brand keywords ("New Balance," "Avenue," "Mojo") rather than as an address, so although results were returned, none correspond to the queried Wuhan/Jiangxia address. Treated as ✗ for address-resolution purposes.

---

## Additional Observations

1. **Defendant 6 (成都双流):** 广场巷 68 号确实存在，对应双华社区职工驿站。FTZ 前缀不影响地图解析。双华小学位于广场巷 48 号，证明广场巷为真实存在的道路。

2. **Defendant 9 (上蔡塔桥):** 平台记录"楼里村"与实际行政区划"楼李村"存在字符差异（"里"vs"李"），这可能是平台记录错误。"圈里"和"二组"无法在任何地图服务中解析。

3. **Defendant 11 (武汉江夏):** 英文地址在两大中国地图服务中均无法用于地址解析，但两者的失败模式不同：百度返回空结果（真正的 no-match）；高德则把英文字

符串误读为品牌关键词（"New Balance"、"Avenue"、"Mojo"），返回了**北京市内的 7 家零售门店**——城市和类别全部错误，与武汉江夏的目标地址毫无关系。高德的"有结果"在地址解析意义上仍属失败，且其错误形态更具误导性（看似有命中、实则方向完全错）。中文重构后，"邬树新村"可精确解析。注意"邬"（姓氏）与"乌"（黑色）为不同汉字，平台英文记录"Wushu"对应的正确汉字应为"邬树"而非"乌树"。

4. **Defendant 3 (南乐):** 鸿宇路和昌意路位于南乐县产业集聚区内，该区域以工业企业为主，方向描述地址在此类工业区中难以精确解析。

5. **Defendant 1 (石家庄藁城):** 方向描述地址（"东行 400 米路北"）在农村/城郊地区常见，但地图服务通常无法将此类描述转换为精确坐标。