# EXHIBIT D

Baidu Maps and Amap Screenshots (14 images)

Defendants 1, 3, 6, 8, 9, 11

Declaration of Yanling Jiang



**Defendant 1 — Baidu Maps**

01-baidu-nanmeng-village.png



**Defendant 1 — Amap**

01-amap-nanmeng-village.png



**Defendant 3 — Baidu Maps**

03-baidu-hongyu-changyi.png



**Defendant 3 — Amap**

03-amap-hongyu-changyi.png



**Defendant 6 — Baidu Maps**

06-baidu-guangchang-lane-68.png



**Defendant 6 — Amap**

06-amap-guangchang-lane-68.png



**Defendant 8 — Baidu Maps**

08-baidu-runjing-garden.png



**Defendant 8 — Amap**

08-amap-runjing-garden.png



**Defendant 9 — Baidu Maps**

09-baidu-louli-village.png



**Defendant 9 — Amap**

09-amap-louli-village.png



**Defendant 11 — Baidu Maps (English-string search)**

11-baidu-english-noresult.png



**Defendant 11 — Amap (English-string search)**

11-amap-english-misresult.png



**Defendant 11 — Baidu Maps (Chinese reconstruction)**

11-baidu-zh-wushu-xincun.png



**Defendant 11 — Amap (Chinese reconstruction)**

11-amap-zh-wushu-xincun.png