Exhibit 1

| No. | Defendant | Email | Served? |
|---|---|---|---|
| 1 | HanFeiCanYinGuanLi | matthewwatson8408@outlook.com | Yes |
| 2 | Hongxin Commerce and Trade | sunweihua854@outlook.com | Yes |
| 3 | WangZhiChaows | elidatanon37@hotmail.com | Yes |
| 4 | zaoyangshiyifeifanbianlidian | wangcha358fei@outlook.com | Yes |
| 5 | JiaXuanHeNan | jiaxuana543mz@outlook.com | Yes |
| 6 | XiongYongQiangrtdg | siuhauschild42@hotmail.com | Yes |
| 7 | WeiShuiYuan | chasehoward5407@outlook.com | Yes |
| 8 | Swiss Air Architectural Engineering | viviandanfrlrnp@hotmail.com | Yes |
| 9 | GongHuiYongjfk | ashleycannon3691@outlook.com | Yes |
| 10 | ASDFdoupengfei | doupengfei658@163.com | Yes |
| 11 | YANGSITONG | xy-gs6549741@ybdzsw.com | Yes |