**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORENZA SCARSI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05508

Judge John J. Tharp, Jr.

Magistrate Judge Daniel P. McLaughlin

**DECLARATION OF LORENZA SCARSI**

I, LORENZA SCARSI, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates the Lorenza Scarsi Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am a freelance illustrator and crafter who creates botanical, surreal, and magical art. My work is inspired by horror, the supernatural, cats, toys, sweets, and pop culture. I have been creating art since I was a child. I formally studied graphic arts at an art institute and took formal art classes at a university. Some years ago I realized my biggest dream by opening my art business, selling and distributing my artwork through various online platforms, including Etsy, Redbubble, Threadless, and other marketplaces.

4. I am the official source of products associated with the Lorenza Scarsi Works (the "Lorenza Scarsi Products"):




https://www.redbubble.com/people/lOll3/shop

5. I am the owner of the copyright registrations for the Lorenza Scarsi copyrighted works, which are protected by United States Copyright Registration Nos. VA 2-467-345 and VA 2-467-338 (the "Lorenza Scarsi Works").

6. The success of the Lorenza Scarsi Works has resulted in significant infringement of my copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Amended Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Lorenza Scarsi Works to consumers in this judicial district and throughout the United States.

7. I am aware of investigations related to internet-based infringement of the Lorenza Scarsi Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Lorenza Scarsi Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that infringing Lorenza Scarsi Products were

being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the copyrights for any reason.

8. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

9. My goodwill and reputation are irreparably damaged when the Lorenza Scarsi Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Lorenza Scarsi copyrighted materials because infringers take away my ability to control the nature and quality of products bearing the Lorenza Scarsi Works and derivative works.

10. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Lorenza Scarsi Works are meant to be exclusive rights.

11. The marketing and distribution of the Lorenza Scarsi Works and derivative works are aimed at growing and sustaining sales. When infringers use the Lorenza Scarsi Works without authorization, the exclusivity associated with the Lorenza Scarsi Works, as well as my reputation, are damaged and eroded, resulting in a loss of unquantifiable future sales.

12. Uncontrolled profiteering and pirating of the Lorenza Scarsi Works create the impression that the copyright rights associated with the Lorenza Scarsi Works may be infringed with impunity. The Lorenza Scarsi Works are distinctive and signify to

consumers that the products are authorized by me and are manufactured to my high-quality standards. When infringers use the Lorenza Scarsi Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Lorenza Scarsi Works cannot be compensated for financially since it erodes my ability to monetize the Lorenza Scarsi Works.

13. I will suffer immediate and irreparable injury, loss, or damage if a permanent injunction is not issued as part of the final judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2026.

Lorenza Scarsi

Lorenza Scarsi