**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lorenza Scarsi

Plaintiff,

v.

Case No.: 1:26−cv−05508
Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 25, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: The plaintiff's motion for entry of default and default judgment [38] is taken under advisement. The plaintiff is directed to supplement its motion with proof that sales actually took place in Illinois, including proof that the defendants shipped plaintiff's products to the state. *See Liu v. Monthly*, 170 F.4th 1090, 1093 (7th Cir. 2026). Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.