**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORENZA SCARSI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05508

Judge John J. Tharp, Jr.

Magistrate Judge Daniel P. McLaughlin

**PLAINTIFF'S RESPONSE TO [40]**

Plaintiff respectfully responds to this Court's Order [40] and hereby states as follows:

The defendants identified in First Amended Schedule A accepted an order from a customer located in Illinois for the infringing product at issue. As shown in **Exhibit 1** attached hereto, and as alleged in the Complaint, each defendant has participated in at least one transaction in which an infringing product was agreed to be sold to an Illinois address. The Illinois purchase receipt demonstrates each defendant's purposeful availment of the Illinois market and establish a concrete basis for the exercise of personal jurisdiction over each defendant.

DATED: August 25, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***