Exhibit 1

# 001 HanFeiCanYinGuanLi

3/18/26, 11:05 AM Amazon.com: Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car ...

amazon Deliver to oO Chicago 60604 | Automotive Parts & Accessories | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Automotive | Amazon Autos | Your Garage | Deals & Rebates | Best Sellers | Parts | Accessories | Tools & Equipment | Car Care | Motorcycle & Powersports | Truck | RV | Tires & Wheels | Vehicle Showroom | Amazon Business

amazon business Shop spring business savings ›

Automotive › Interior Accessories › Floor Mats & Cargo Liners › Floor Mats



Click to see full view

## Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car Floor Mats, and Truck Accessories

Brand: BHJCXTQ
Search this page

$20.59

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

| | |
|---|---|
| Color | Black |
| Brand | BHJCXTQ |
| Product Dimensions | 27"L x 17.3"W x 2.56"Th |
| Manufacturer | BHJCXTQ |

### About this item

- Material & Size: Tupalatus Car Mats Carpet Set Are Constructed Of 100% High-Quality All-Natural Rubber And Soft Polypropylene Fabric. Specific Size : – Front (27 Inch L X 17.3 inch" W). – Rear (13.4 Inch L X 17.3 Inch W). Please Check The Dimensions Before Installation.
- Anti-Slip Design: Heavy Nibbed Backing To Keep The Mats Securely In Place. Offer Protection For Your Car'S Interior And Safety Features For You; Specially Designded Heel Pad And Top Quality Materials Ensure Your Mats Will Last For Many Years To Come
- Features: The Mats Is Elastic And Soft, It Makes Car Floor Get Better Maintenance & Reduce Friction Damage. Polypropylene Fabric Can Absorb Moisture To Keep Car Interior Clean Dry & Make Car Components Working Effectively And Longer. Stain Resistant, Easy To Install And Maintain. Waterproof Design And Leather Make Your Car Clean
- Design: Tupalatus Customized Personality Design, Lends An Individuality To Your Car,Keep Your Car Floors Protected From Dirt, Spills And Daily Wear And Tear With These Stylish Custom Printed Car Floor Mats!
- Package]: Include 2 Piece Front Car Mat + 2 Piece Rear Car Mat Carpet. The Novelty Pattern Bring Happy Visual Experience And Wonderful Mood To You When You Use Our Products.If You Have Any Question Please Feel Free To Contact Us, The Will Provide You The Best Service And Solve Scheme.

› See more product details

Report an issue with this product or seller

Pay-per-visit telehealth
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more

$20.59
$5.99 delivery **March 26 - 30**
Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 4 to 5 days
Quantity: 1
Add to cart
Buy Now
Shipper / Seller HanFeiCanYinGuanLi
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 11:06 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard** [redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Mar 26, 2026 - Mar 30, 2026**



Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car Floor Mats, and Truck Accessories
$20.59
Ships from HanFeiCanYinGuanLi
Sold by HanFeiCanYinGuanLi
1
Gift options not available

Thursday, Mar 26 - Monday, Mar 30
$5.99 Delivery

Place your order **Order total: $28.69**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**
Fast free delivery, exclusive deals, and more.
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $20.59

# VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-0361400-8020257

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $20.59 |
| Shipping & Handling: | $5.99 |
| Total before tax: | $26.58 |
| Estimated tax to be collected: | $2.11 |
| **Grand Total:** | **$28.69** |

## Arriving April 27 - April 29



Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car Floor Mats, and Truck Accessories

Sold by: HanFeiCanYinGuanLi

Supplied by: Other

$20.59

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 002 Hongxin Commerce and Trade

3/18/26, 11:11 AM Amazon.com: Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch : Ho...

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Shop spring business savings ▸

Home & Kitchen › Bedding › Blankets & Throws › Throws



Click to see full view



### Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch

Brand: Jmltucs
Search this page

$18.99
Price history

Unlock a $50 Amazon Gift Card upon approval for Amazon Visa

Color: 6



Size: 50"x40"
50"x40" | 60"x50" | 80"x60"

| | |
|---|---|
| Material | Flannel |
| Color | 6 |
| Brand | Jmltucs |
| Special Feature | Bagged |
| Style | Traditional |

**About this item**

- Double-Sided Design: One Side Features A Modern Pattern, The Other Side Is Pure White. This Versatile Blanket Boasts An Elegant Double-Sided Design, Perfect For Year-Round Use And Complementing Any Room Decor.
- Ultra-Soft & Skin-Safe Flannel Crafted From High-Density Anti-Pilling Flannel

$18.99
$3.98 delivery April 1 - 13. Details
Or fastest delivery March 26 - 30. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 3 to 4 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: Hongxin Commerce and Trade
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 11:12 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 1, 2026 - Apr 13, 2026**



Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch
$18.99
Ships from Hongxin Commerce and Trade
Sold by Hongxin Commerce and Trade
1
Gift options not available

Wednesday, Apr 1 - Monday, Apr 13
$3.98 Delivery
Thursday, Mar 26 - Monday, Mar 30
$46.98 Delivery

Place your order
**Order total: $24.92**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Fast free delivery, exclusive deals, and more.
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $18.99

# VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-0221004-4526611

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$24.92** |

## Arriving May 1 - May 12



Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch

Sold by: Hongxin Commerce and Trade

Supplied by: Other

$18.99

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

003 WangZhiChaows







VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-9266715-6136229

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.00 |
| Shipping & Handling: | $7.99 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $1.44 |
| **Grand Total:** | **$23.43** |

## Arriving May 1 - May 12



Pink Witchy Witch Reversible Flannel Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 40"X30" Inch

Sold by: WangZhiChaows

Supplied by: Other

$14.00

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 004 zaoyangshiyifeifanbianlidian

3/18/26, 10:30 AM Amazon.com: Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts : ...



### Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts

Brand: BINBINNIAO

Search this page

$6.99

Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee

Color: **Pink Witchy Witch**

Size: **One Size**

- This Christmas Ornament Is Made Of High-Quality Ceramic, With A Good Feel And Light Texture.
- Our Round Pendant Is Suitable For Two Or Three Strings Together For Decoration, Which Is Better, Colorful In The Christmas Scene, Adding Atmosphere.
- This Ceramic Pendant Can Be Used To Decorate Anywhere In The Home. For Example, Christmas Tree Decorations, Hanging On The Wall Or Window, Can Also Be Worn On Backpacks As Ornaments.
- Our Christmas Tree Decorations Can Create A Strong Christmas Atmosphere For You, Allowing You To Enjoy The Joy Of The Festival, And Can Also Be Given To Family Or Friends Around You.
- Please Note That You Will Receive A Combination Of Round Ceramics And Lanyards, Which Will Be The Best Home Decoration For Christmas. If You Have Any Questions, Please Feel Free To Contact Us By Email.

$6.99

$8.98 delivery **April 1 - 13**. Details

Or fastest delivery **March 26 - 30**. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 3 to 4 days.

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: zaoyangshiyifeifanbianlidian

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to List

Add to Auto Buy

**Other sellers on Amazon**

New (2) from $6.99 + $8.98 shipping

3/18/26, 10:30 AM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 1, 2026 - Apr 13, 2026**

Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts

$6.99

Ships from zaoyangshiyifeifanbianlidian

Sold by zaoyangshiyifeifanbianlidian

Gift options not available

**Wednesday, Apr 1 - Monday, Apr 13**
$8.98 Delivery

**Thursday, Mar 26 - Monday, Mar 30**
$45.98 Delivery

Place your order

**Order total: $16.69**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations [redacted] you are eligible for 30 days of Prime for $0!

Fast free delivery, exclusive deals, and more.

Try Prime free

Place your order

**VA 2-467-345**



# Order Summary

Order placed April 16, 2026 | Order # 114-3319945-4994625

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $8.98 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$16.69** |

## Arriving May 1 - May 12



Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts

Sold by: zaoyangshiyifeifanbianlidian

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

005 JiaXuanHeNan

3/18/26, 10:32 AM Light Switch Cover Plate Pink Witchy Witch 1 Gang Single Toggle Decorative Switch Plates Wall Plate Electrical Faceplate Socket...




3/18/26, 10:33 AM Place Your Order - Amazon Checkout




VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-8716426-3029016

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $14.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$15.69** |

## Arriving April 30 - May 7



Light Switch Cover Plate Pink Witchy Witch 1 Gang Single Toggle Decorative Switch Plates Wall Plate Electrical Faceplate Socket Cover For Bathroom Kitchen Decor

Sold by: JiaXuanHeNan

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

## 006 XiongYongQiangrtdg

3/18/26, 10:47 AM Amazon.com: HYDJLXA Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry : Clothing, Shoes & Jewelry

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care





Click to see full view

### Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry

Brand: HYDJLXA
Search this page

$13.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.
Color: **Pink Witchy Witch**

Size: **One size**

| | |
|---|---|
| **Brand** | HYDJLXA |
| **Color** | Pink Witchy Witch |
| **Material** | Polyester |
| **Product Dimensions** | 5"D x 3.5"W x 0.2"H |
| **Model Name** | Cartoon |

**About this item**

- Made of high-quality polyester material, with neat stitching, excellent workmanship, and durability.
- Three fold model, with a zipper on the front, the wallet can hold ID cards, bank cards, coins, etc. inside, with a key buckle for easy carrying of keys.
- Compact in size, easy to carry, easy to open and close, but very sturdy and secure.
- Exquisite appearance and exquisite workmanship make it the perfect gift for friends and parents.
- This large wallet measures 5 inches x 3.5 inches and is designed to organize your cash and receipts.

› See more product details

Report an issue with this product or seller

one medical **Pay-per-visit telehealth**
Start a virtual visit 24/7 for common concerns like acne, allergies, hair loss, and more through One Medical Pay-per-visit (formerly Amazon Clinic). Get treatment now

$13.99
FREE delivery **April 2 - 14**. Details
Or fastest delivery **March 26 - 30**. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 4 to 5 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: XiongYongQiangrtdg
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 10:47 AM Place Your Order - Amazon Checkout

amazon **Secure checkout** Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

**Special Offer**
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 2, 2026 - Apr 14, 2026**



HYDJLXA Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry
**$13.99**
Ships from XiongYongQiangrtdg
Sold by XiongYongQiangrtdg
1
Gift options not available

**Thursday, Apr 2 - Tuesday, Apr 14**
FREE Delivery
**Thursday, Mar 26 - Monday, Mar 30**
$55.00 Delivery

Place your order **Order total: $15.42**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**
Fast free delivery, exclusive deals, and more.
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $13.99

# VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-1632376-5980212

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.99 |
| Shipping & Handling: | $2.50 |
| Total before tax: | $16.49 |
| Estimated tax to be collected: | $1.43 |
| **Grand Total:** | **$17.92** |

## Arriving May 4 - May 13



HYDJLXA Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry
Sold by: XiongYongQiangrtdg
Supplied by: Other
$13.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 007 WeiShuiYuan

3/18/26, 10:49 AM Amazon.com: BNZRLSY Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats ...

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business Shop spring business savings ›

Home & Kitchen › Kitchen & Dining › Kitchen & Table Linens › Kitchen Rugs



Click to see full view

Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats Waterproof Floor Mats Cushioned Non-Skid Standing Mats for Laundry, Sink, Set

Brand: BNZRLSY
Search this page

$29.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee

Color: 5

$29.99 | $29.99 | $29.99 | $29.99 | $29.99 | $29.99
$29.99 | $29.99 | $29.99 | $29.99

Size: One Size

| | |
|---|---|
| Brand | BNZRLSY |
| Size | One Size |
| Material | Polyurethane |
| Weave Type | Machine Made |
| Pile Height | 0.1 |

**About this item**

- Material Description Polyester, Accessory Construction 2-Piece Pack.
- Product Performance The Kitchen Mat Is Made Of High-Quality Crystal Velvet

$29.99
$4.98 delivery April 1 - 13. Details
Or fastest delivery March 26 - 30. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 3 to 4 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: WeiShuiYuan
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 10:50 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] we're giving you Prime free for 30 days
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 1, 2026 - Apr 13, 2026**



BNZRLSY Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats Waterproof Floor Mats Cushioned Non-Skid Standing Mats for Laundry, Sink, Set
$29.99
Ships from WeiShuiYuan
Sold by WeiShuiYuan

1

Gift options not available

- Wednesday, Apr 1 - Monday, Apr 13 — $4.98 Delivery
- Thursday, Mar 26 - Monday, Mar 30 — $46.98 Delivery

Place your order **Order total: $38.04**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations[redacted] you are eligible for 30 days of Prime for $0!
Fast free delivery, exclusive deals, and more.
Try Prime free

Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $29.99

# VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-9789170-2391415

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

## Arriving May 1 - May 12



BNZRLSY Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats Waterproof Floor Mats Cushioned Non-Skid Standing Mats for Laundry, Sink, Set

Sold by: WeiShuiYuan

Supplied by: Other

$29.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

# 008 Swiss Air Architectural Engineering

3/18/26, 10:52 AM Amazon.com: Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box : Health & Household

amazon business Support women-owned businesses ▸



Click to see full view

Ask Rufus

Is it easy to carry around? | Can it fit in a pocket? | Does it come in other designs? | Ask something else

## Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box

Brand: ZLJKMFY

$10.99

Price History

Color: **Pink Witchy Witch**

Size: **One size**

| | |
|---|---|
| **Brand** | ZLJKMFY |
| **Color** | Pink Witchy Witch |
| **Number of Items** | 1 |
| **Manufacturer** | ZLJKMFY |

**About this item**

- It can effectively prevent cigarettes from absorbing moisture and mold from the air, and protect cigarettes from being as new as ever.
- Very convenient to open and close cigarette boxes, protecting cigarettes from breakage, and cigarette boxes can be used for a long time.
- Whether at work or on vacation, indoors or outdoors, this exquisite and compact cigarette case can perfectly fit every scene.
- This exquisite and compact cigarette box is the perfect gift for family and friends.
- The cigarette box is made of plastic, lightweight, anti extrusion, and waterproof.

› See more product details

Report an issue with this product or seller

**Same pharmacist window. Minus the window.**
Amazon Pharmacy's licensed pharmacists are available 24/7 to answer questions. And because it's over the phone, your private health conversations can be, well, actually private. Try Amazon Pharmacy ›

$10.99

FREE delivery **April 2 - 14**. Details

Deliver to oO - Chicago 60604

In stock

Usually ships within 4 to 5 days

Quantity: 1

Add to cart

Buy Now

Shipper / Seller: Swiss Air Architectural Engineering

Returns: 30-day refund/replacement

Payment: Secure transaction

Add to Auto Buy

Add to List

**Products related to this item**

Page 1 of 50

3/18/26, 10:53 AM Place Your Order - Amazon Checkout

amazon Secure checkout

**Delivering to oO**

111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States

Add delivery instructions

Change

**Paying with Mastercard** [redacted]

Use a gift card, voucher, or promo code

Change

Special Offer

[redacted] **we're giving you Prime free for 30 days**

Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.

Try Prime free for 30 days

Cancel anytime.

**Arriving Apr 2, 2026 - Apr 14, 2026**



Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box

**$10.99**

Ships from Swiss Air Architectural Engineering

Sold by Swiss Air Architectural Engineering

Gift options not available

**Thursday, Apr 2 - Tuesday, Apr 14**

FREE Delivery

Place your order **Order total: $12.12**

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations** [redacted] **you are eligible for 30 days of Prime for $0!**

Fast free delivery, exclusive deals, and more.

Try Prime free

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

Items: $10.99

# VA 2-467-345



# Order Summary

Order placed April 16, 2026 | Order # 114-3228088-3613056

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $10.99 |
| Shipping & Handling: | $4.88 |
| Total before tax: | $15.87 |
| Estimated tax to be collected: | $1.13 |
| **Grand Total:** | **$17.00** |

## Arriving May 4 - May 13



Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box

Sold by: Swiss Air Architectural Engineering

Supplied by: Other

$10.99

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## 009 GongHuiYongjfk

3/18/26, 11:17 AM Amazon.com: Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor : Home & Kitchen

amazon Deliver to oO Chicago 60604 | Home & Kitchen | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Amazon Home | Shop by Room | Shop by Style | Home Décor | Furniture | Kitchen & Dining | Bed & Bath | Garden & Outdoor | Home Improvement

amazon business **Support women-owned businesses ▸**

Home & Kitchen › Bedding › Sheets & Pillowcases › Pillowcases




Click to see full view

### Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor

Brand: Hcpwzrf
Search this page

$8.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **18 x 18-Inch**

| | | | |
|---|---|---|---|
| 12"x12" $6.98 | 16"x16" $7.99 | 18 x 18-Inch $8.99 | 20"x20" $9.98 |
| 22"x22" $10.99 | 24"x24" $11.99 | 26"x26" $12.99 | |

Color: **White**

| | |
|---|---|
| **Brand** | Hcpwzrf |
| **Material** | Polyester |
| **Size** | 18 x 18-Inch |
| **Product Dimensions** | 12"L x 12"W |
| **Color** | White |

**About this item**

- Super Soft & Comfortable Material: Made Of 100% Polyester Velvet Fabric. These Funny Pillow Covers Provide A Plush And Skin-Friendly Feel, Ideal For Relaxing On Sofas, Beds, Or Chairs. The Hypoallergenic Material Ensures Comfort For Daily Use.
- Perfect Size For Multiple Spaces: Measuring 18"X18", The Pillowcase Fits Standard Throw Pillows Effortlessly. Its Versatile Size Suits Various Occasions —like Living Rooms, Bedrooms, Cars, Or Balconies—adding A Fun Touch To Your Home Decor.
- Humorous Design For Home Decor: Featuring A Witty Pink Witchy Witch

$8.99
$10.98 delivery **March 30 - April 6**. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 2 to 3 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller GongHuiYongjfk
Returns 30-day refund/replacement
Payment Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 11:18 AM Place Your Order - Amazon Checkout

amazon Secure checkout Cart

**Delivering to oO** Change
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions

**Paying with Mastercard** [redacted] Change
Use a gift card, voucher, or promo code

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Mar 30, 2026 - Apr 6, 2026**



Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor
**$8.99**
Ships from GongHuiYongJfk
Sold by GongHuiYongjfk
1
Gift options not available

**Monday, Mar 30 - Monday, Apr 6**
$10.98 Delivery

Place your order **Order total: $20.89**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

Congratulations [redacted] you are eligible for 30 days of Prime for $0!
Fast free delivery, exclusive deals, and more.
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.

**VA 2-467-345**



# Order Summary

Order placed April 16, 2026 | Order # 114-4330804-0293048

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $10.98 |
| Total before tax: | $19.97 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$20.89** |

## Arriving April 29 - May 5



Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor
Sold by: GongHuiYongjfk
Supplied by: Other
$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

# 010 ASDFdoupengfei

3/18/26, 11:34 AM Amazon.com: Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Li...

amazon Deliver to oO Chicago 60604 | All | Search Amazon | EN | Hello, Account & Lists | Returns & Orders | 0 Cart

All | Rufus | Join Prime | Early Spring Deals | Same-Day Delivery | Amazon Haul | Medical Care | Pharmacy | Amazon Basics | Amazon Home | Books | Music | Buy Again | Audible | Pet Supplies | Beauty & Personal Care

Prime members save up to 80% on meds | amazon pharmacy

Home & Kitchen › Wall Art › Posters & Prints





Click to see full view

## Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Living Room, Or Kitchen

Brand: Ghjkfbf
Search this page

$25.99
Price history

Get a $10 Amazon Gift Card instantly upon approval for the Amazon Store Card. No annual fee.

Size: **16"x16"**

| 12"x12" | 16"x16" |
|---|---|
| $20.59 | $25.99 |

Color: **White**

- Multiple Sizes:We Offer A Two Of Sizes To Suit Any Space. 12x12x0.96inch/30 X 30 X 1.5cgm (Width, Height, Depth) And 16x16x0.96inch/40 X 40 X 1.5cm(Width, Height, Depth).
- Material: This Halloween Pumpkin Cat Print Wall Decor Is Crafted From Polyester Canvas, Made By Multiple Coatings, High Gloss, Good Glossiness On The Fabric Surface, And Clear Texture.The Unframed Wall Art Maintains Its Vibrant Hues And Delicate Texture Over Time.
- Easy Installation:High Definition Printing, Bright Colors.Each Main Frame Is Equipped With Traceless Nails And Metal Hooks, Making It Easy To Operate, Hang, And Maintain.Neat And Tight Canvas, Delicate And Bright Image Quality, Solvent-Free Ink, Odorless
- Wall Decor:Halloween Pumpkin Cat Print Wall Picture Makes It Suitable To Hang In Living Room, Foyer, Apartment, Villa, Kitchen, Office, Couple Bedroom, Guest Room, Bathroom, Hall, Lounge, Dorm, Hotel, Restaurant, Coffee, Loft, Gym, Bar, Etc. Impressive Vintage View And Brings Modern Nature Scene To Your Home Decor.
- Unique Gift: Halloween Pumpkin Cat Print Wall Decor, Is An Ideal Gift For Family Members, Friends, Lover, Business Partners, Neihbors, Workmates On Christmas, New Year, Birthday, Housewarming, Wedding, Memorial Day, Family Gathering, Party

$25.99
$10.31 delivery **April 2 - 14**. Details
Deliver to oO - Chicago 60604
In stock
Usually ships within 4 to 5 days.
Quantity: 1
Add to cart
Buy Now
Shipper / Seller: ASDFdoupengfei
Returns: 30-day refund/replacement
Payment: Secure transaction
See more
Add to List
Add to Auto Buy

3/18/26, 10:22 AM Place Your Order - Amazon Checkout

amazon | Secure checkout | Cart

**Delivering to oO**
111 W JACKSON BLVD, CHICAGO IL 60604-3589, CHICAGO, IL, 60604-3589, United States
Add delivery instructions
Change

**Paying with Mastercard**[redacted]
Use a gift card, voucher, or promo code
Change

Special Offer
[redacted] **we're giving you Prime free for 30 days**
Get fast, free delivery on millions of items plus the best of shopping and entertainment when you join Prime.
Try Prime free for 30 days
Cancel anytime.

**Arriving Apr 2, 2026 - Apr 14, 2026**



Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Living Room, Or Kitchen
**$25.99**
Ships from ASDFdoupengfei
Sold by ASDFdoupengfei
1
Gift options not available

**Thursday, Apr 2 - Tuesday, Apr 14**
$10.31 Delivery

Place your order | **Order total: $38.96**
By placing your order, you agree to Amazon's privacy notice and conditions of use.

Why has sales tax been applied? See tax and seller information.
Do you need help? Explore our Help pages or contact us
For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.
Colorado Purchasers: Important information regarding sales tax you may owe in your State

**Congratulations**[redacted] **you are eligible for 30 days of Prime for $0!**
Fast free delivery, exclusive deals, and more.
Try Prime free
Place your order
By placing your order, you agree to Amazon's privacy notice and conditions of use.
Items: $25.99

# VA 2-467-338



# Order Summary

Order placed April 16, 2026 | Order # 114-7272677-5993004

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $12.47 |
| Total before tax: | $38.46 |
| Estimated tax to be collected: | $2.66 |
| **Grand Total:** | **$41.12** |

## Arriving May 4 - May 13



Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Living Room, Or Kitchen

Sold by: ASDFdoupengfei

Supplied by: Other

$25.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

011 YANGSITONG







VA 2-467-345



# ORDER DETAILS

back

Order NO.
**GSU1XG22A000Y6R** Copy

Date
**APR 16 2026**

Exchange | Cancel | Track

**YANGSITONG** ›

Delivery **Apr 23-30**
4-9 Business Days.94% are ≤ **9** business days ⓘ

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Witch Blanket Flannel Throw - Unisex Gift For Men, Women &, Soft Flannel Blanket - Multiple Sizes, Cozy Must-... Multicolor / 30*40in / Print Local | 1 | SKU: sf251212172432345870206 | $5.64 ~~$22.80~~ ⓘ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$22.80~~ |
| Subtotal: | $5.12 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: ⓘ | $0.00 |
| Sales Tax: | $0.83 |
| **Total** | **$8.94** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: YANGSITONG

Business Address: Wushu New Village, Jiangxia Avenue, Miaoshan High-tech Industrial Park, Jiangxia Economic Development Zone, Jiangxia District, Wuhan City, Hubei Province, China

Business Email Address: fcprkxzmaaad@zzzokk.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.