**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lorenza Scarsi

Plaintiff,

v.

Case No.: 1:26−cv−05508
Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 26, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: Upon review of the plaintiff's supplemental information [41], the plaintiff has not provided adequate proof that the defendants completed sales and actually shipped plaintiff's products to the state. In *Liu*, the court found that records consisting of screenshots of the website of an e−commerce platform, such as Amazon, showing the checkout page with the infringing product, a Chicago shipping address, and the estimated total, was insufficient to show a completed purchase in Illinois. The plaintiff is directed to further supplement its motion with proof of shipping and delivery to Illinois. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.