Exhibit 1

**001 HanFeiCanYinGuanLi**

# Order Summary

Order placed April 16, 2026 | Order # 114-0361400-8020257

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $20.59 |
| Shipping & Handling: | $5.99 |
| Total before tax: | $26.58 |
| Estimated tax to be collected: | $2.11 |
| **Grand Total:** | **$28.69** |

## Arriving April 27 - April 29



Pink Witchy Witch A Set of Four Printed Car Floor Mats, Including Front and Rear Carpet Floor Mats, Universal Car Floor Mats, and Truck Accessories

Sold by: HanFeiCanYinGuanLi

Supplied by: Other

$20.59

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

## Arriving April 27 - April 29

**Vic - CHICAGO, IL**

Order # 114-0361400-8020257

View or edit order

Pink Witchy Witch A Set of Four P...

Quantity: 1

$20.59

Grand Total: **$28.69**

# 002 Hongxin Commerce and Trade

# Order Summary

Order placed April 16, 2026 | Order # 114-0221004-4526611

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $18.99 |
| Shipping & Handling: | $3.98 |
| Total before tax: | $22.97 |
| Estimated tax to be collected: | $1.95 |
| **Grand Total:** | **$24.92** |

## Arriving May 1 - May 12



Flannel Pink Witchy Witch Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 50"X40" Inch

Sold by: Hongxin Commerce and Trade

Supplied by: Other

$18.99

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

## Arriving May 1 - May 12

**Vic - CHICAGO, IL**

Order # 114-0221004-4526611

View or edit order

Flannel Pink Witchy Witch Throw B...

Quantity: 1

$18.99

Grand Total: **$24.92**

**003 WangZhiChaows**

# Order Summary

Order placed April 16, 2026 | Order # 114-9266715-6136229

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $14.00 |
| Shipping & Handling: | $7.99 |
| Total before tax: | $21.99 |
| Estimated tax to be collected: | $1.44 |
| **Grand Total:** | **$23.43** |

## Arriving May 1 - May 12



Pink Witchy Witch Reversible Flannel Throw Blanket- Ultra Soft Lightweight for Bed, Sofa, Travel & Camping 40"X30" Inch

Sold by: WangZhiChaows

Supplied by: Other

$14.00

Back to top

amazon

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

## Arriving May 1 - May 12

**Vic - CHICAGO, IL**

Order # 114-9266715-6136229

View or edit order

Pink Witchy Witch Reversible Flan...

Quantity: 1

$14.00

Grand Total: **$23.43**

**004 zaoyangshiyifeifanbianlidian**

# Order Summary

Order placed April 16, 2026 | Order # 114-3319945-4994625

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $8.98 |
| Total before tax: | $15.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$16.69** |

## Arriving May 1 - May 12



Pink Witchy Witch Christmas Tree Ornaments - Round Ceramic Decor, Holiday Hanging Decorations, Xmas Gifts

Sold by: zaoyangshiyifeifanbianlidian

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

Ordered **Shipped** Out for delivery Delivered

## Arriving May 1 - May 12

**Vic - CHICAGO, IL**

Order # 114-3319945-4994625

Track package

Pink Witchy Witch Christmas Tree ...

Quantity: 1

$6.99

Total **$16.69**

**005 JiaXuanHeNan**

# Order Summary

Order placed April 16, 2026 | Order # 114-8716426-3029016

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $6.99 |
| Shipping & Handling: | $7.98 |
| Total before tax: | $14.97 |
| Estimated tax to be collected: | $0.72 |
| **Grand Total:** | **$15.69** |

## Arriving April 30 - May 7



Light Switch Cover Plate Pink Witchy Witch 1 Gang Single Toggle Decorative Switch Plates Wall Plate Electrical Faceplate Socket Cover For Bathroom Kitchen Decor

Sold by: JiaXuanHeNan

Supplied by: Other

$6.99

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

## Arriving April 30 - May 7

**Vic - CHICAGO, IL**

Order # 114-8716426-3029016

View or edit order

Light Switch Cover Plate Pink Wit...

Quantity: 1

$6.99

Grand Total: **$15.69**

**006 XiongYongQiangrtdg**

# Order Summary

Order placed April 16, 2026 | Order # 114-1632376-5980212

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $13.99 |
| Shipping & Handling: | $2.50 |
| Total before tax: | $16.49 |
| Estimated tax to be collected: | $1.43 |
| **Grand Total:** | **$17.92** |

## Arriving May 4 - May 13



HYDJLXA Pink Witchy Witch Three Fold Wallet Compact Stylish And Convenient to Carry

Sold by: XiongYongQiangrtdg

Supplied by: Other

$13.99

Back to top

amazon

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

## Arriving May 4 - May 13

**Vic - CHICAGO, IL**

Order # 114-1632376-5980212

View or edit order

HYDJLXA Pink Witchy Witch Three F...

Quantity: 1

$13.99

| | |
|---|---|
| Grand Total: | **$17.92** |

**007 WeiShuiYuan**

# Order Summary

Order placed April 16, 2026 | Order # 114-9789170-2391415

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $29.99 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $29.99 |
| Estimated tax to be collected: | $3.07 |
| **Grand Total:** | **$33.06** |

## Arriving May 1 - May 12



BNZRLSY Pink Witchy Witch Kitchen Mats for Floor Kitchen Rugs Cool Wooden Abstract Anti Fatigue Kitchen Mats Waterproof Floor Mats Cushioned Non-Skid Standing Mats for Laundry, Sink, Set

Sold by: WeiShuiYuan

Supplied by: Other

$29.99

Back to top

amazon

Conditions of Use | Privacy Notice | Consumer Health Data Privacy Disclosure | Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**008 Swiss Air Architectural Engineering**

# Order Summary

Order placed April 16, 2026 | Order # 114-3228088-3613056

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $10.99 |
| Shipping & Handling: | $4.88 |
| Total before tax: | $15.87 |
| Estimated tax to be collected: | $1.13 |
| **Grand Total:** | **$17.00** |

## Arriving May 4 - May 13



Pink Witchy Witch Lightweight and Compact Cigarette Box, Stylish Waterproof Cigarette Box

Sold by: Swiss Air Architectural Engineering

Supplied by: Other

$10.99

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

## Your package was shipped!

Ordered | **Shipped** | Out for delivery | Delivered

### Arriving May 4 - May 13

**Vic - CHICAGO, IL**

Order # 114-3228088-3613056

Track package

Pink Witchy Witch Lightweight and...

Quantity: 1

$10.99

Total **$17.00**

**009 GongHuiYongjfk**

# Order Summary

Order placed April 16, 2026 | Order # 114-4330804-0293048

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $8.99 |
| Shipping & Handling: | $10.98 |
| Total before tax: | $19.97 |
| Estimated tax to be collected: | $0.92 |
| **Grand Total:** | **$20.89** |

## Arriving April 29 - May 5



Pink Witchy Witch Pillow Covers18 X18 Super Soft Plush Pillowcases for Home Decor
Sold by: GongHuiYongjfk
Supplied by: Other
$8.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

**Arriving April 29 - May 5**

**Vic - CHICAGO, IL**

Order # 114-4330804-0293048

View or edit order

Pink Witchy Witch Pillow Covers18...

Quantity: 1

$8.99

Grand Total: **$20.89**

**010 ASDFdoupengfei**

# Order Summary

Order placed April 16, 2026 | Order # 114-7272677-5993004

**Ship to**

[redacted]
15TH FLOOR 1111 W 35TH ST
CHICAGO, IL 60609-1404
United States

**Payment method**

Visa ending in [redacted]

View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $25.99 |
| Shipping & Handling: | $12.47 |
| Total before tax: | $38.46 |
| Estimated tax to be collected: | $2.66 |
| **Grand Total:** | **$41.12** |

## Arriving May 4 - May 13



Ghjkfbf Halloween Pumpkin Cat Print Canvas Wall Art, Canvas Picture, Large Botanical Wall Decor For Bedroom, Living Room, Or Kitchen

Sold by: ASDFdoupengfei

Supplied by: Other

$25.99

Back to top

amazon

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates

**Ordered** Shipped Out for delivery Delivered

**Arriving May 4 - May 13**

**Vic - CHICAGO, IL**

Order # 114-7272677-5993004

View or edit order

Ghjkfbf Halloween Pumpkin Cat Pri...

Quantity: 1

$25.99

Grand Total: **$41.12**

**011 YANGSITONG**

# ORDER DETAILS

back

Order NO.
**GSU1XG22A000Y6R** Copy

Date
**APR 16 2026**

Exchange | Cancel | Track

**YANGSITONG** >

Delivery **Apr 23-30**
4-9 Business Days.94% are ≤ 9 business days

| Products | Quantity | SKU | Amount | Status | Action |
|---|---|---|---|---|---|
|  Witch Blanket Flannel Throw - Unisex Gift For Men, Women &, Soft Flannel Blanket - Multiple Sizes, Cozy Must-... Multicolor / 30*40in / Print Local | 1 | SKU: sf2512121724323458702 06 | $5.64 ~~$22.80~~ | Processing | |

| | |
|---|---|
| Retail Price: | ~~$22.80~~ |
| Subtotal: | $5.12 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Service: | $0.00 |
| Sales Tax: | $0.83 |
| **Total** | **$8.94** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

Subscribe

**Billing Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

[redacted]
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

Edit

**Shipping Method**

STANDARD SHIPPING

**Payment Method**

Credit/Debit Card

**Seller Information**

Seller Name: YANGSITONG

Business Address: Wushu New Village, Jiangxia Avenue, Miaoshan High-tech Industrial Park, Jiangxia Economic Development Zone, Jiangxia District, Wuhan City, Hubei Province, China

Business Email Address: fcprkxzmaaad@zzzokk.com

The above information is provided by the seller and the English may be automatically translated.

SHEIN does not guarantee the authenticity and accuracy of the information or translations and is intended to be used as a reference for consumers only.

**YANGSITONG** >

Delivery | **Apr 23-30**

4-9 Business Days.

| Products | Quantity | SKU | Amount | Status | Action |
| --- | --- | --- | --- | --- | --- |
|  Local Witch Blanket Flannel Throw - Unisex Gift For Men, Women &, Soft Flannel Blanket - Multiple Sizes, Coz... Multicolor / 30*40in / Print | 1 | SKU: sf251212172432345870206 | $5.64 ~~$22.80~~ ⓘ | Shipped | |

Return Period: Returnable time： before May 23 2026 22:07:00

| | |
| --- | --- |
| Retail Price: | ~~$22.80~~ |
| Subtotal: | $5.12 |
| Shipping Fee: | $2.99 |
| On-Time Delivery Guarantee: ⓘ | $0.00 |
| Sales Tax: | $0.83 |
| **Total** | **$8.94** |

**Subscription**

Click "subscribe" to agree promotional messages from SHEIN via Whatsapp! You can unsubscribe at any point. View Privacy Policy for more details.

**Subscribe**

**Billing Information**

Vic Millward 2163758845
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Information**

Vic Millward 2163758845
1111 W 35th St 15TH FLOOR
Chicago ILLINOIS United States 60609-1404

**Shipping Method**

STANDARD SHIPPING