**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LORENZA SCARSI,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-05508

Judge John J. Tharp, Jr.

Magistrate Judge Daniel P. McLaughlin

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Motion and Memorandum in Support for Entry of Default and Default Judgment [38][39] was sent to Defendant(s) on August 24, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The Court's Minute Entry Order [44] was sent to Defendant(s) on September 15, 2026 by sending an email to Defendant(s) email addresses, which were provided to Plaintiff by third parties. The website, through which it has been publishing information about the case, was updated on August 24 and September 15, respectively, to provide notice of its motion for entry of default and default judgment [38][39], as well as the deadline to object set forth in the Order [44].

Executed on November 2, 2026.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.
*Attorney for Plaintiff*

DATED: November 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084 | IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Ste. 306
North Miami Beach, Florida 33162-4801
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***