**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Lorenza Scarsi

Plaintiff,

v.

Case No.: 1:26−cv−05508
Honorable John J. Tharp Jr.

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2026:

MINUTE entry before the Honorable John J. Tharp, Jr: No defendant having objected, the plaintiff's motion for default judgment [38] is granted. Enter default judgment order. Civil case terminated. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.